# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JEROME L. GRIMES,<br><br>    Petitioner,<br><br>vs.<br><br>FOURTH JUDICIAL DISTRICT COURT, et al.,<br><br>    Respondents. | Case No. 3:10-CV-00391-RCJ-(VPC)<br><br>**ORDER** |

Petitioner's payment of the filing fee makes the court's order #7 moot.

IT IS THEREFORE ORDERED that the court's order #7 is **VACATED**.

Dated: This 24th day of August, 2010.

_____
ROBERT C. JONES
United States District Judge