AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF   NEVADA

JEROME L. GRIMES,

      Petitioner,            JUDGMENT IN A CIVIL CASE
V.

          CASE NUMBER: **3:10-cv-00391-RCJ-VPC**

FOURTH JUDICIAL DISTRICT COURT,
 et al.,

      Respondents.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED without prejudice.


  October 25, 2010                                       **LANCE S. WILSON**
                                                  Clerk

                                                  /s/ Katie Lynn Ogden
                                                     Deputy Clerk